FILED 09 JUL '24 15:03 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-00265-HZ** |
| v. | **INDICTMENT** |
| **TERESA VALDOVINOS-GODINEZ,** | **18 U.S.C. §2244(b)** |
| **Defendant.** | |

### THE GRAND JURY CHARGES:

### COUNT 1
### (Abusive Sexual Contact)
### (18 U.S.C. § 2244(b))

Between on or about September 12, 2023, and on or about October 8, 2023, in the District of Oregon, in a facility in which persons are held in custody pursuant to a contract or agreement with the Office of Refugee Resettlement, defendant **TERESA VALDOVINOS-GODINEZ** did knowingly engage in abusive sexual contact, to wit: the intentional touching through clothing of the penis of Minor Victim 1 (MV1), with an intent to abuse, humiliate,

**Indictment**                                                                                     **Page 1**

harass, degrade, and arouse or gratify the sexual desire of any person, without MV1's

permission;

In violation of Title 18, United States Code, Sections 2244(b).

Dated: July ___9___, 2024

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

PAMELA PAASO, TXSB #24060371
Assistant United States Attorney

**Indictment**                                                                                       **Page 2**