FILED 12 AUG '25 1439USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00265-AB |
| v. | SUPERSEDING INDICTMENT |
| TERESA VALDOVINOS-GODINEZ, | 18 U.S.C. § 2244(a)(4) |
| Defendant. | |

### THE GRAND JURY CHARGES:

### COUNT 1
**(Abusive Sexual Contact)**
**(18 U.S.C. § 2244(a)(4))**

Between on or about September 12, 2023, and on or about October 8, 2023, in the District of Oregon, in a facility in which persons are held in custody pursuant to a contract or agreement with the Office of Refugee Resettlement, defendant **TERESA VALDOVINOS-GODINEZ** did knowingly engage in abusive sexual contact, to wit: the intentional touching through clothing of the penis of Minor Victim 1 (MV1), with an intent to abuse, humiliate,

Indictment                                                                 Page 1

harass, degrade, and arouse or gratify the sexual desire of any person, while MV1 was under the custodial, supervisory, and disciplinary authority of the defendant;

In violation of Title 18, United States Code, Sections 2244(a)(4).

Dated: August 12, 2025

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

PAMELA PAASO, TXSB #24060371
Assistant United States Attorney

**Indictment**                                    **Page 2**