**Robert L.   Sepp, OSB #020932**
**Robert L.   Sepp, Attorney at Law**
**1830 Blankenship Road #240**
**West Linn, Oregon    97068**
**Tel:    503-998-7719**
**rsepplaw@gmail.com**
**Attorney for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No. 3:24-cr-00265AB** |
| **PLAINTIFF,** | **DEFENDANTS TRIAL MEMORANDUM** |
| vs. | |
| **TERESA VALDOVINOS-GODINEZ** | |
| **DEFENDANT.** | |

## I. STATEMENT OF THE CASE

Mrs. Valdovinos-Godinez stands indicted on 1 count in this matter, Abusive Sexual Contact 18 USC 224(a)(b).   The alleged If convicted, a maximum sentence of 2-year sentence may be imposed. Mrs. Valdovinos-Godinez has no prior criminal history

The parties engaged in plea discussions, however, but were unable to resolve the case.

## II. LEGAL ISSUES

In order for the her to be found guilty of this charge, the government must prove each of the following elements beyond a reasonable doubt. First, that Mrs. Valdovinos-Godinez knowingly

Page  1  - **Defendants Trial Memorandum**

had sexual contact with MV1 by touching his clothed penis; Second, the offense was committed while MV1 was in official detention at the Office of Refugee Resettlement; and Third, at the time, MV1 was under the custodial, supervisory, or disciplinary authority of the defendant.

"Sexual contact" is defined as "the intentional touching, either directly or through the clothing, of the genitalia, anus, groin, breast, inner thigh, or buttocks of any person with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person." 18 U.S.C. § 2246(3).

## III. FACTUAL OVERVIEW

Defendant anticipates that there will be no eyewitness accounts of the alleged penis touching other than MV1. There will be no evidence other than that derived from MV1 as to any sexual contact. Should it be allowed, other extrinsic evidence will be from Government witnesses who saw nothing of the alleged allegation. They will only be restating what MV1 stated. All of these witnesses are in immigration limbo. Some awaiting sentencing on murder charges.

Mrs. Valdovinos-Godinez was employed at the Morrison Mi Futuro Downtown Shelter from September 20, 2023 and discharged on December 22, 2023. The Indictment alleges a date range of September 20, 2023 to October 8, 2023. There are purported love notes. MV1 was over 16 years old at the time.

MVI was interviewed by SA Joan De La Paz. MV1 stated that their only physical contact was two pecks and a hug. That Mrs. Valdovinos-Godinez never threatened him with deportation and in fact told MV1 that if he disclosed what happened it would not adversely affect him. Further that Mrs. Valdovinos-Godinez never threatened him to keep quiet.

Page 2 - **Defendants Trial Memorandum**

At some time on or around December 5, 2023, MV1 hired attorney David Kirby to represent him. On or about February 1 2024, the firm of Leslie Giron Kirby asked Jessica Knight if the government would provide a B-Certification for an I-918 U-Visa application. This would allow MV1 to remain in the USA and potentially gain lawful status and make it a possible for his removal/deportation proceeding before the Immigration Court to be closed based on the lawful remedy provided by a U-Visa.

MV1's attorney contacted LE and stated that MV1 had lied to LE in the November 16, 2023 interview and wanted to tell the whole story. The allegations of physical touching from the November 16, 2023, did not match a qualifying crime for purposes of a U-Visa. Mere pecks were not enough.

During the April 30, 2024, after retaining an attorney, MV1 changed his story. MV1 stated he was afraid of Mrs. Valdovinos-Godinez because he thought she could deport him, that Mrs. Valdovinos-Godinez touched his penis, that on another occasion Mrs. Valdovinos-Godinez kissed him with an open mouth. Based on the amended allegations, MV1 has a qualifying crime to link to his U-Visa application.. This second interview took place in Texas while Mrs. Valdovinos-Godinez remained in Oregon.

Defendant of course will ask the Jury to find Mrs. Valdovinos-Godinez not guilty.

## III. STIPULATIONS

Counsel to meeting December 15, 2025 prior to filing their responses to trial document submissions to determine if there are stipulations to exhibits, jury instructions, Limine and verdict form

## B. Evidence Sought to Be Excluded

Evidence sought to be excluded will be addressed in Defendant's Motion in Limine filed separately.

Page 3 - **Defendants Trial Memorandum**

DATED this December 11, 2025.

/s/ Robert L.    Sepp
Robert L.    Sepp, Attorney for Defendant